STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **LUCINDA L. COUMOU**
Deputy District Attorney
State Bar No. 005348
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: Lucinda.Coumou@ClarkCountyDA.com
Attorneys for CLARK COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHENDONNA SOPHIEA MCLAINE,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER "S. FRIEDMAN"; OFFICER "R. ZACCARA"; OFFICERS "JOHN DOES" 1 through 10,<br><br>        Defendants. | Case No:   2:14-cv-0288-JAD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CLARK COUNTY TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT [#66]**<br>(First Request) |

    IT IS HEREBY STIPULATED by and between the parties hereto by and through their respective counsel as follows:

    The Parties have agreed to allow Defendant Clark County up to and including

///

///

Stip & Order for Extension to File Response to Pl's Motion for Leave to File 4th Amd Comp.docx\ab

1 Monday, February 2, 2015 in which to file its Response to Plaintiff's Motion for Leave to
2 File Fourth Amended Complaint on file herein.

3 DATED:01/26/2015                               DATED: 01/26/2015

4 STEVEN B. WOLFSON                              COHEN & PADDA, LLP
  DISTRICT ATTORNEY
5

6 By:/s/ Lucinda L. Coumou
   Lucinda L. Coumou, Deputy DA                  By:/s/ Paul S. Padda
7  State Bar No. 005348                           Paul S. Padda, Esq.
   500 S. Grand Central Pkwy. 5th Flr.            State Bar No. 10417
8  Las Vegas, NV 89155-2215                       4240 W. Flamingo Rd., #220
   Attorney for Defendant                         Las Vegas, Nevada 89103
9   Clark County                                  Attorney for Plaintiff

10                              **O R D E R**

11       IT IS SO ORDERED this __27th__ day of January, 2015.

12

13                                              _____
                                                GEORGE FOLEY, JR.
14 Submitted by:                                 United States Magistrate Judge

15 STEVEN B. WOLFSON
   DISTRICT ATTORNEY
16

17 By: _____
    Lucinda L. Coumou
18  Deputy District Attorney
    State Bar No. 005348
19  500 S. Grand Central Pkwy. 5th Flr.
    Las Vegas, NV 89155-2215
20  Attorney for Defendant
     Clark County
21