STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By:  **LUCINDA L. COUMOU**
Deputy District Attorney
State Bar No. 005348
500 South Grand Central Pkwy.
Las Vegas, Nevada  89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail:  Lucinda.Coumou@ClarkCountyDA.com
Attorneys for CLARK COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHENDONNA SOPHIEA MCLAINE,<br><br>           Plaintiff,<br><br>    vs.<br><br>CLARK COUNTY, NEVADA; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER "S. FRIEDMAN"; OFFICER "R. ZACCARA"; OFFICERS "JOHN DOES" 1 through 10,<br><br>           Defendants. | Case No:    2:14-cv-0288-JAD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CLARK COUNTY TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT [#66]**<br>**(Second Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto by and through their respective counsel as follows:

The Parties have agreed to allow Defendant Clark County up to and including

/ / /

/ / /

Monday, February 9, 2015 in which to file its Response to Plaintiff's Motion for Leave to File Fourth Amended Complaint on file herein.

DATED: 02/03/2015

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: /s/ Lucinda L. Coumou
    Lucinda L. Coumou, Deputy DA
    State Bar No. 005348
    500 S. Grand Central Pkwy. 5th Flr.
    Las Vegas, NV 89155-2215
    Attorney for Defendant
      Clark County

DATED: 02/03/2015

COHEN & PADDA, LLP

By: /s/ Paul S. Padda
    Paul S. Padda, Esq.
    State Bar No. 10417
    4240 W. Flamingo Rd., #220
    Las Vegas, Nevada 89103
    Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED this 4th day of February, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Submitted by:

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: /s/ Lucinda L. Coumou
    Lucinda L. Coumou
    Deputy District Attorney
    State Bar No. 005348
    500 S. Grand Central Pkwy. 5th Flr.
    Las Vegas, NV 89155-2215
    Attorney for Defendant
      Clark County