# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Shendonna Sophia McLaine,

Plaintiff

v.

Clark County, Nevada, et al.,

Defendants

Case No.: 2:14-cv-288-JAD-GWF

**Order re: Doc. 66**

During a December 18, 2014, oral argument in this civil rights action I granted plaintiff Shendonna Sophia McLaine twenty days to file a motion for leave to file a proposed Fourth Amended Complaint. Docs. 59, 62. On January 7, 2015, McLaine filed her motion for leave to file her proposed amended complaint, which no defendant has opposed. Doc. 66. Under Local Rule 7-2(d), the failure to respond to the motion for leave to amend constitutes consent to granting the motion, and upon review of plaintiff's motion I find it has merit and should be granted.

Accordingly, it is HEREBY ORDERED that McLaine's Motion for Leave to File Fourth Amended Complaint **[Doc. 66] is GRANTED**. McLaine shall file her proposed amended complaint [Doc. 66-1] within 10 days of this order.

DATED February 11, 2015.

_____
Jennifer A. Dorsey
United States District Judge

1