UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shendonna Sophia McLaine,<br><br>Plaintiff<br><br>v.<br><br>Clark County, Nevada, et al.,<br><br>Defendants | Case No.: 2:14-cv-288-JAD-GWF<br><br>**Order re: Doc. 80** |

On January 7, 2015, plaintiff Shendonna Sophia McLaine moved for leave to file a fourth amended complaint. Doc. 66. Thereafter, I granted two stipulations for extension of time for Clark County to respond to the motion for leave to file an amended complaint. Docs. 70, 71 75, 77. Clark County's response deadline under the second stipulation expired on February 9, 2015. Doc. 77. On February 11, 2015, I granted plaintiff's motion for leave to file a Fourth Amended Complaint, Doc. 66, after finding that the motion had merit and was unopposed; I gave plaintiff ten days to file that amended complaint. Doc. 79. Later on February 11, 2015, after I ordered Doc. 66 granted, the parties filed a third stipulation for extension of time for Clark County to respond to the motion. Doc. 80.

Because I already granted the motion, there is no longer a need for a response, it is HEREBY ORDERED that the Stipulation for Extension of Time **[Doc. 80] is DENIED AS MOOT**.

DATED February 12, 2015.

_____
Jennifer A. Dorsey
United States District Judge

1