1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  GREGORY S. BEAN
   Nevada Bar No. 12694
3  Robert.Freeman@lewisbrisbois.com
   Gregory.Bean@lewisbrisbois.com
4  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
5  702.893.3383
   FAX: 702.893.3789
6  Attorneys for Defendants
   LVMPD, Officer Richard Zaccara
7  and Officer Scott Friedman

8              UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF NEVADA

10                       ***

11 SHENDONNA SOPHIA McLAINE,        CASE NO. 2:14-cv-0288-JAD-GWF

12         Plaintiff,                SUBSTITUTION OF ATTORNEYS
                                     REGARDING LAS VEGAS
13         vs.                       METROPOLITAN POLICE
                                     DEPARTMENT AND OFFICER
14 CLARK COUNTY, NEVADA; LAS VEGAS   ZACCARA
   METROPOLITAN POLICE DEPARTMENT,
15 CLARK COUNTY DISTRICT
   ATTORNEY'S OFFICE, OFFICER "S.
16 FRIEDMAN," OFFICER "R. ZACCARA,"
   OFFICERS "JOHN DOES" 1 THROUGH 10,
17
           Defendants.
18

19    Defendants Las Vegas Metropolitan Police Department and Officer Richard Zaccara,

20 hereby substitute Robert W. Freeman, Esq., of the law firm Lewis Brisbois Bisgaard & Smith, as

21 attorney of record in place of Thomas D. Diliard, Jr., Esq., of Olson, Cannon, Gormley, Angulo &

22 Stoberski.

23    Dated this 10th day of Feb, 2016.

24                                    LAS VEGAS METROPOLITIAN POLICE DEPARTMENT

25
                                      By: _____
26

27

28

4814-0581-4766.1

Dated this 10th day of Feb., 2016.

By: _____
Richard Zaccara

I consent to the above substitution.

Dated this 17 day of Feb., 2016.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

_____
Thomas D. Dillard, Jr., Esq.
Nevada Bar No. 6270
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129

I accept the above substitution. I am duly admitted to practice in this District Court.

DATED this ___ day of _____ 2016.

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants
LVMPD, Officer Zaccara, and Officer Friedman

APPROVED this 19th day of February 2016.

_____
GEORGE W. FOLEY, JR.
United States Magistrate Judge

4814-0681-4766.1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___ day of _____, 2016, I electronically filed the SUBSTITUTION OF ATTORNEYS REGARDING LAS VEGAS METROPOLITAN POLICE DEPARTMENT AND OFFICER ZACCARA with the Clerk of the Court through Case Management/Electronic Filing System.

Paul Padda, Esq.
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, NV 89103
*Attorneys for Plaintiff*
*Shendonna Sophia McLaine*

Thomas D. Dillard, Esq.
OLSON, CANNON, GORMELY, ANGULO, STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendants*
*Las Vegas Metropolitan Police and Officer R. Zaccara*

Lucinda L. Coumou, Esq.
Clark County District Attorney's Office
Civil Division
500 S. Grand Central Pkwy 5th Floor
P.O. Box 552215
Las Vegas, NV 89155-2215
*Attorneys for Defendant*
*Clark County, Nevada and Clark County District Attorney's Office*

_____
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP