ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE
Nevada Bar No. 7688
Noel.Eidsmore@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
*Las Vegas Metropolitan Police Department,*
*Officer Zaccara and Officer Scott Friedman*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHENDONNA SOPHIA McLAINE,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CLARK COUNTY DISTRICT ATTORNEY'S OFFICE, OFFICER "S. FRIEDMAN," OFFICER "R. ZACCARA," OFFICERS "JOHN DOES" 1 THROUGH 10,<br><br>Defendants. | CASE NO. 2:14-cv-0288-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR FILING OF DISPOSITIVE MOTIONS**<br><br>**(First Request)** |

COMES NOW, Plaintiff and Defendants, by and through their respective counsel of record and hereby stipulate that the scheduled date of filing Dispositive Motions, currently due on Wednesday, November 30, 2016 be extended 60 days up to and including January 30. 2017. As set forth in the parties' previous stipulation (Dkt. No. 104), depositions are scheduled and being taken throughout the month of November, outside of the discovery deadline, which was not extended. Two depositions have been taken since that stipulation was filed, three more have been scheduled (two on November 30, 2016) and several others are being scheduled. 60 days will give the parties the opportunity to complete the remaining depositions, receive the transcripts and prepare motions.

4837-4507-9100.1

WHEREFORE, the parties respectfully request that the Court extend dispositive motions from Wednesday, November 30, 2016 60 days up to and including January 30, 2017.

Dated this 9th day of November, 2016.       Dated this 9th day of November, 2016.

LEWIS BRISBOIS BISGAARD SMITH, LLP          PAUL PADDA LAW, PLLC.

_____           _____
Robert W. Freeman, Esq.                     Paul S. Padda, Esq.
Nevada Bar No. 3062                         Nevada Bar No. 10417
Noel E. Eidsmore, Esq.                      Joshua Y Ang, Esq.
Nevada Bar No. 7688                         Nevada Bar No. 14026
6385 S. Rainbow Boulevard, Suite 600        4240 West Flamingo Road
Las Vegas, Nevada 89117                     Las Vegas, Nevada 89103
*Attorneys for Defendants*                  *Attorneys for Plaintiff*
*Las Vegas Metropolitan Police Department,* *Shendonna Sophia McLaine*
*Officer Zaccara, and Officer Scott Friedman*

Dated this 9th day of November, 2016.

CLARK COUNTY DISTRICT
ATTORNEYS OFFICE – CIVIL DIVISION

_____
Steven B. Wolfson, Esq.
Nevada Bar No. 1565
Lucinda L. Coumou, Esq.
Nevada Bar No. 5348
500 South Grand Central Parkway
Las Vegas, Nevada 89155
*Attorneys for Defendant*
*Clark County, Nevada*

## ORDER

IT IS SO ORDERED.

Dated this 15th day of November, 2016.

_____
UNITED STATE MAGISTRATE JUDGE

4837-4507-9100.1

2