Paul S. Padda, Esq. (NV Bar #10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHENDONNA SOPHIA McLAINE, | ) |
| Plaintiff, | ) |
| | ) Case No. 2:14-cv-0288-JAD-GWF |
| v. | ) |
| CLARK COUNTY, NEVADA; *et. al.*, | ) |
| Defendants. | ) |

## STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

### (SECOND REQUEST)

Pursuant to Federal Rules of Civil Procedure 6(b) and the Court's Local Rule of Civil Practice ("LRCP") 7-1, the parties respectfully request that the Court extend the current deadline for Plaintiff to respond to Defendants' motions for summary judgment (Pacer #109 and #110) to and until April 18, 2017 (Tuesday). This is the parties' second request for an extension of time. Plaintiff's current deadline is April 3, 2017.

In support of this stipulation, the parties wish to advise the Court of the following:

1.      This is a civil rights case involving five separate Defendants. Each Defendant moved for summary judgment on January 30, 2017.

. . .

2.      Plaintiff's counsel has requested counsel for Defendants agree to this stipulation based upon his current trial/work schedule and the need to devote sufficient time to preparing responses to Defendants' dispositive motions.  In support of this request, Plaintiff's counsel cites the fact that he has been in trial since March 20, 2017 in <u>David Moradi v. Nevada Property 1, LLC, et. al.,</u> Clark County District Court (case number A-14-698824-C).  Trial in that matter is ongoing and expected to last approximately two more weeks.  Although undersigned counsel is not the sole attorney representing Plaintiff in the <u>Moradi</u> case, his presence at trial proceedings is required.

3.      Counsel for Defendants do not oppose Plaintiff's request for additional time to respond to the dispositive motions provided they are allowed 30-days to file a reply to any response that may be filed by Plaintiff.  Obviously, given his own request, Plaintiff's counsel has no issue with providing Defendants additional time to file replies.

4.      The additional time requested herein should provide sufficient time for Plaintiff's counsel to complete and file an appropriate response.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

5.     The parties respectfully request that the Court approve this stipulation.

Respectfully submitted,

/s/ *Lucinda L. Coumou*

/s/ *Paul S. Padda*

Lucinda L. Coumou, Esq.
Chief Deputy District Attorney, Civil Division
Clark County District Attorney's Office

Paul S. Padda, Esq.
Paul Padda Law

Attorney for Plaintiff

Attorney for Defendant Clark County, Nevada

Dated: April 3, 2017

Dated: April 3, 2017

/s/ *Noel E. Eidsmore*

Robert W. Freeman, Jr., Esq.
Noel E. Eidsmore, Esq.
Lewis Brisbois Bisgaard & Smith

Attorney for Officers Friedman and Zaccara
and the Las Vegas Metropolitan Police Department

Dated: April 3, 2017

**IT IS SO ORDERED:**

**The Court hereby approves the parties' stipulation for extension of the current deadline for responding to the motions for summary judgment filed on January 30, 2017 (Pacer #109 and #110). Plaintiff's responses shall be due on or before April 18, 2017 and each Defendant shall have 30-days after Plaintiff files a response to submit a reply (if any).**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 4, 2017,

3